No. 681. ANGLO-AMERICAN PROVISION COMPANY, PETITIONER, *v.* UNITED STATES.    May 18, 1903. · Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James C. McShane* for petitioner. *Mr. Solicitor General Hoyt* for respondent.